UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TANA MEADOWS,

                Plaintiff,

- against -

THE CITY OF NEW YORK; MAYOR MICHAEL
BLOOMBERG; "311" CITIZEN SERVICE CENTER
DOITT COMMISSIONER CAROL POST; THE
NYPD/ESU, all Officers involved; POLICE
COMMISSIONER RAYMOND W. KELLY; THE
FDNY; FIRE COMMISSIONER SALVATORE
CASSANO, Fire Commissioner or Presently acting;
THE MTA; THE CITY HEALTH AND HOSPITAL
CORPORATION ("HHC"); N.Y.C. HEALTH AND
HOSPITAL CORP.'S KINGS COUNTY HOSPITAL;
EXECUTIVE DIRECTOR ANTONIO D. MARTIN;
DR. LEV POBERESKY, MD; DR. MARTA
ZAHAYKEVICH; THE LIBERTY BEHAVIORAL
MANAGEMENT GROUP; DR. JEFFREY
BORENSTEIN, CEO and Medical Director of
Holliswood Hospital; DR. AGGY JOLLY
VALLANAT; DR. S. KLUM; DR. MYSELS; and
STEPHANIE YOUNG,

                Defendants.

**ORDER**
**10-CV-286 (JG)(LB)**

------------------------------------------------------------X

**BLOOM, United States Magistrate Judge:**

       The Honorable John Gleeson has assigned this case to me for all pretrial purposes. Enclosed is a copy of the "Individual Practices of Magistrate Judge Lois Bloom." Both plaintiff and defendants are required to follow these rules. Plaintiff is to provide a copy of this Order and the enclosed rules to defendants along with the summons and complaint.

       The Court's records reflect that the complaint in this action was filed on January 22, 2010. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 120 days after
> the complaint is filed, the court – on motion or on
> its own after notice to the plaintiff – must dismiss
> the action without prejudice against that defendant

or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, if service is not made upon defendants by May 24, 2010 or plaintiff fails to show good cause why such service has not been effected, it will be recommended that the Court dismiss this action without prejudice.

Plaintiff is required to advise the Clerk of Court of any change of address. Failure to keep the Court informed of plaintiff's current address means the Court will not know where to contact plaintiff and may result in dismissal of the case. For information regarding court procedures, plaintiff may contact the Pro Se Office at the United States Courthouse by calling (718) 613-2665.

SO ORDERED.

/Signed by Judge Lois Bloom/
LOIS BLOOM
United States Magistrate Judge

Dated: January 29, 2010
Brooklyn, New York