UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X

TANA MEADOWS,

                        Plaintiff,          **REPORT & RECOMMENDATION**
                                                   **10 CV 286 (JG)(LB)**

       -against-

THE CITY OF NEW YORK, MAYOR
MICHAEL BLOOMBERG, "311"
CITIZEN SERVICE CENTER DOITT
COMMISSIONER CAROL POST,
THE NYPD/ESU, POLICE COMMISSIONER
RAYMOND W. KELLY, THE FDNY, FIRE
COMMISSIONER SALVATORE CASSANO,
THE MTA, THE CITY HEALTH AND HOSPITAL
CORPORATION, N.Y.C HEALTH AND
HOSPITAL CORP.'S KINGS COUNTY HOSPITAL
EXECUTIVE DIRECTOR ANTONIO D. MARTIN,
DR. LEV POBERESKY, MD, DR. MARTA
ZAHAYKEVICH, THE LIBERTY BEHAVIORAL
MANAGEMENT GROUP, DR. JEFFREY
BORENSTEIN, CEO AND MEDICAL
DIRECTOR OF HOLLISWOOD HOSPITAL,
DR. AGGY JOLLY VALLANAT,
PSYCHIATRIST, DR. S. KLUM, DR. MYSELS, and
STEPHANIE YOUNG,

                        Defendants.

------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

       Plaintiff filed the instant pro se action on January 22, 2010 against the above defendants. The Court's records do not reflect that plaintiff has filed proof that defendants have been served with the summons and complaint. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 120 days after the complaint is filed, the court--on motion or on its own after notice to the plaintiff--must dismiss the action without prejudice against that defendant or order that service be made within a specified time.

1

> But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

By Order dated January 29, 2010, I directed plaintiff to serve defendants with the summons and complaint by May 24, 2010. (Document 3.) The Court's Order explicitly stated "if service is not made upon defendants by May 24, 2010 or plaintiff fails to show good cause why such service has not been effected, it will be recommended that the Court dismiss this action without prejudice." Id. Plaintiff has failed to file proof of service or show good cause why service has not been made on defendants. Accordingly, it is respectfully recommended that plaintiff's complaint should be dismissed without prejudice pursuant to Rule 4(m) of the Federal Rules of Civil Procedure.

**FILING OF OBJECTIONS TO THIS REPORT AND RECOMMENDATION**

Pursuant to 28 U.S.C. § 636(b)(1) and Rule 72(b) of the Federal Rules of Civil Procedure, the parties shall have fourteen (14) days from service of this Report to file written objections. Such objections (and any responses to objections) shall be filed with the Clerk of the Court. Any request for an extension of time to file objections must be made within the fourteen-day period. Failure to file a timely objection to this Report generally waives any further judicial review. Marcella v. Capital Dist. Physician's Health Plan, Inc., 293 F.3d 42 (2d Cir. 2002); Small v. Sec'y of Health and Human Services, 892 F.2d 15 (2d Cir. 1989); see Thomas v. Arn, 474 U.S. 140 (1985).

/S/
LOIS BLOOM
United States Magistrate Judge

Dated: June 1, 2010
      Brooklyn, New York