UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TANA MEADOWS,

                    Plaintiff,          **ORDER**
                                          10 CV 286 (JG)(LB)

    -against-

THE CITY OF NEW YORK, MAYOR
MICHAEL BLOOMBERG, "311"
CITIZEN SERVICE CENTER DOITT
COMMISSIONER CAROL POST,
THE NYPD/ESU, POLICE COMMISSIONER
RAYMOND W. KELLY, THE FDNY, FIRE
COMMISSIONER SALVATORE CASSANO,
THE MTA, THE CITY HEALTH AND HOSPITAL
CORPORATION, N.Y.C HEALTH AND
HOSPITAL CORP.'S KINGS COUNTY HOSPITAL
EXECUTIVE DIRECTOR ANTONIO D. MARTIN,
DR. LEV POBERESKY, MD, DR. MARTA
ZAHAYKEVICH, THE LIBERTY BEHAVIORAL
MANAGEMENT GROUP, DR. JEFFREY
BORENSTEIN, CEO AND MEDICAL
DIRECTOR OF HOLLISWOOD HOSPITAL,
DR. AGGY JOLLY VALLANAT,
PSYCHIATRIST, DR. S. KLUM, DR. MYSELS, and
STEPHANIE YOUNG,

                    Defendants.
------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

       On May 19, 2010, plaintiff filed proof of service for all named defendants. See docket entry 7. The Court therefore withdraws its Report and Recommendation dated June 1, 2010 recommending dismissal of plaintiff's complaint pursuant to Fed. R. Civ. P. 4(m). See docket entry 6.

SO ORDERED.

/Signed by Judge Lois Bloom/
_____
LOIS BLOOM
United States Magistrate Judge

Dated: June 8, 2010
       Brooklyn, New York