UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
TANA MEADOWS,

                          Plaintiff,                      **ORDER**
                                                            **10 CV 286 (JG)(LB)**

    -against-

THE CITY OF NEW YORK, MAYOR
MICHAEL BLOOMBERG, "311"
CITIZEN SERVICE CENTER DOITT
COMMISSIONER CAROL POST,
THE NYPD/ESU, POLICE COMMISSIONER
RAYMOND W. KELLY, THE FDNY, FIRE
COMMISSIONER SALVATORE CASSANO,
THE MTA, THE CITY HEALTH AND HOSPITAL
CORPORATION, N.Y.C HEALTH AND
HOSPITAL CORP.'S KINGS COUNTY HOSPITAL
EXECUTIVE DIRECTOR ANTONIO D. MARTIN,
DR. LEV POBERESKY, MD, DR. MARTA
ZAHAYKEVICH, THE LIBERTY BEHAVIORAL
MANAGEMENT GROUP, DR. JEFFREY
BORENSTEIN, CEO AND MEDICAL
DIRECTOR OF HOLLISWOOD HOSPITAL,
DR. AGGY JOLLY VALLANAT,
PSYCHIATRIST, DR. S. KLUM, DR. MYSELS, and
STEPHANIE YOUNG,

                          Defendants.
------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

       By letter dated June 30, 2010, plaintiff requests the Court and defendants resend correspondence to her, the Clerk of Court include the "full process server documentation and dates," of her summons and complaint in the docket, and that the Court grant her permission to serve her amended complaint via mail. See Docket Entry #16 at 7. By Order dated July 6, 2010, the Hon. John Gleeson, United States District Court Judge, referred plaintiff's requests to my attention.

The Court denies plaintiff's request that the Court resend correspondence or that the defendants be required to do the same. Plaintiff does not allege she failed to receive any specific document. Instead, she refuses to open the envelopes she received from the Court and defendants because they have been "delivered to another mailbox, tampered, ... vandalized," or wrinkled; they are "unmetered;" or, defendants used the address "91 Ocean Blvd, rather than 91 Ocean Pkway (*sic*)," and, therefore the mailings must be inspected by the United States Postal Service. See Docket Entry #16 at 1-3. Although plaintiff's request is denied, defendants are directed to correct plaintiff's address to reflect 91 Ocean Parkway (instead of "Boulevard.")

Plaintiff's request that the Court fully document the service of her summons and complaint is denied as moot. The summonses are included in the docket and the requested information is listed including, contrary to plaintiff's assertion, (docket entry #16 at 4), the individual dates of service for each defendant served, (docket entry #7).

Plaintiff's request to serve her amended complaint on defendants' counsel by mail is granted.[1] Service by first class mail is proper for all service except the summons and complaint. Fed. R. Civ. P. 5(b)(2)(C).

SO ORDERED.

/S/

_____
LOIS BLOOM
United States Magistrate Judge

Dated: July 19, 2010
      Brooklyn, New York

---

[1] Plaintiff must serve attorneys for defendants, Philip Frank, Elaine Barrage, and David Rutherford, at the addresses listed on the Court's docket.

2