UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
TANA MEADOWS,

                              Plaintiff,                        **ORDER**
                                                                       **10 CV 286 (JG)(LB)**

      -against-

THE CITY OF NEW YORK, MAYOR
MICHAEL BLOOMBERG, "311"
CITIZEN SERVICE CENTER DOITT
COMMISSIONER CAROL POST,
THE NYPD/ESU, POLICE COMMISSIONER
RAYMOND W. KELLY, THE FDNY, FIRE
COMMISSIONER SALVATORE CASSANO,
THE MTA, THE CITY HEALTH AND HOSPITAL
CORPORATION, N.Y.C HEALTH AND
HOSPITAL CORP.'S KINGS COUNTY HOSPITAL
EXECUTIVE DIRECTOR ANTONIO D. MARTIN,
DR. LEV POBERESKY, MD, DR. MARTA
ZAHAYKEVICH, THE LIBERTY BEHAVIORAL
MANAGEMENT GROUP, DR. JEFFREY
BORENSTEIN, CEO AND MEDICAL
DIRECTOR OF HOLLISWOOD HOSPITAL,
DR. AGGY JOLLY VALLANAT,
PSYCHIATRIST, DR. S. KLUM, DR. MYSELS, and
STEPHANIE YOUNG,

                              Defendants.
-----------------------------------------------------------------X
**BLOOM, United States Magistrate Judge:**

       By letter dated October 12, 2010, the City defendants move the Court to compel plaintiff to provide an executed release for medical records from the Kings County Hospital Center ("KCH") and an unsealing release pursuant to New York Criminal Procedure Law § 160.50 for the underlying police records in this case. The City defendants also request a 30 day extension from the date they receive the executed releases for the City defendants to respond to the amended complaint.

The Court grants in part and denies in part the City defendants' motion. Counsel for the City defendants shall submit to this Court by October 26, 2010 a proposed order for me to sign to unseal the underlying police records in this case. The City defendants shall have 30 days from the date they receive the police records to respond to plaintiff's amended complaint. The City defendants' motion to compel plaintiff to provide an executed release for medical records from KCH is denied without prejudice.

SO ORDERED.

/Signed by Judge Lois Bloom/
_____
LOIS BLOOM
United States Magistrate Judge

Dated: October 15, 2010
      Brooklyn, New York